# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                        No. 4:18-cr-476-DPM-2

JOSEPH LEE ITSON                                 DEFENDANT

## ORDER

Motion, № 32, granted. The Indictment is dismissed without prejudice as to Joseph Lee Itson.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 January 2020